**FILED**
August 22, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>            Plaintiff,                    )<br>                                                           )<br>v.                                                        )<br>                                                           )<br>STANTICHA TERRELL MIDDLETON, )<br>                                                           )<br>            Defendant.                 ) | Case No. MAG. 11-0260-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STANTICHA TERRELL MIDDLETON, Case No. MAG. 11-0260-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $5,000.00.

   _X_ Co-Signed Unsecured Appearance Bond

   ___ Secured Appearance Bond

   _X_ (Other) Conditions as stated on the record.

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  08-22-11  at 3:08 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge